Scott F. Frerichs - 012715
sfrerichs@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Contractors Indemnity Company, | No. |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| LB Contracting, LLC; Peggy Bryant, | |
| Defendants. | |

For its Complaint against Defendants LB Contracting, LLC ("LB Contracting") and Peggy Bryant ("Bryant") (collectively "Defendants"), Plaintiff American Contractors Indemnity Company ("ACIC") alleges as follows:

## **PARTIES**

1. Plaintiff ACIC is a California domiciled company authorized to do, and doing business as a surety in the state of Arizona.

2. Defendant Peggy Bryant is a resident of Yavapai County, Arizona.

3. Defendant LB contracting, LLC ("LB Contracting") is an Arizona limited liability company, with its principal place of business in Prescott, Arizona.

## **JURISDICTION & VENUE**

4. The amount in controversy exceeds seventy-five thousand dollars, exclusive of attorneys' fees.

5. Jurisdiction is proper in this court pursuant to 28 U.S.C. 1332 as the parties are completely diverse in citizenship and the amount in controversy exceeds

5967225v1(63074.8)

$75,000.

6. Venue is appropriate in this Court pursuant to 28 U.S.C. 1391(b).

## FACTS

7. LB Contracting was awarded a construction contract from Yavapai County to construct a water line in the town of Ashfork ("Ashfork Contract") for the stated contract price of $115,420.

8. Because the Ashfork Contract was a public works job under the laws of State of Arizona, LB Contracting was required to provide payment and performance bonds in an amount equal to the contract price.

9. LB Contracting requested that ACIC issue the statutorily required payment and performance bonds for the Ashfork Contract.

10. ACIC issued payment and performance bonds, bond number 1000971933, in the penal sum of $115,420, naming Yavapai County the bond obligee and LB Contracting the bond principal, with respect to the Ashfork Contract.

11. Yavapai County accepted the payment and performance bonds issued by ACIC for the Ashfork Contract.

12. LB Contracting was also awarded a contract by the Town of Prescott Valley regarding a high school sewer line-up project ("Sewer Contract") for the stated contract price of $373,460.

13. Because the Sewer Contract was a public works job under the laws of the State of Arizona, LB Contracting was required to post payment and performance bonds in an amount equal to the penal sum of the contract.

14. LB Contracting requested that ACIC issue the statutorily required payment and performance bonds for the Sewer Contract.

15. ACIC issued payment and performance bonds, bond number 1000971924, in the penal sum of $373,460, naming LB Contracting the bond principal and the Town of Prescott Valley, the bond oblige, with respect to the Sewer

5967225v1(63074.8)

Contract.

16. The Town of Prescott Valley accepted the payment and performance bonds issued by ACIC for the Sewer Contract.

17. As a prerequisite to issuing any bonds on behalf of LB Contracting, ACIC, as is standard in the surety business, ACIC required that LB Contracting execute a General Indemnity Agreement ("GIA").

18. In that GIA, LB Contracting agreed, amongst other things, to "indemnify and hold [ACIC] harmless from and against any and all demands, liabilities, losses, costs, damages, attorneys' fees and expenses of whatever kind or nature, together with interest thereon at the maximum rate allowed by law, which arise by reason of, or in consequences of, the execution by [ACIC] of any Bond . . .".

19. Peggy Bryant signed the GIA in her individual capacity, agreeing to bind herself personally for the indemnification obligation to ACIC.

20. On the payment bond ACIC issued for the Sewer Contract, ACIC received a claim from a company known as RDO Equipment alleging that LB Contracting failed to pay it all amounts due and owing for labor/materials/equipment provided to LB Contracting on the project.

21. Following its investigation, ACIC determined the amount of $49,850 was due, and made payment to RDO Equipment in the amount of $49,850 in order to resolve the claim.

22. On the payment bond ACIC issued for the Ashfork Contract, ACIC received a claim from a company known as the Dana Kepner Company alleging that LB Contracting failed to pay it for all amounts due and owing for labor/materials/equipment provided to LB Contracting on that project.

23. Following its investigation, ACIC determined the amount of $30,319.48 was due, and made payment to the Dana Kepner Company in the amount of $30,319.48 in order to resolve the claim.

5967225v1(63074.8)

## **COUNT I**

### **Express Contractual Indemnity**

24. ACIC incorporates by reference paragraphs 1 through 23 of this Complaint as though fully set forth herein.

25. ACIC incurred direct losses of $80,169.48 arising out of claims made against the bonds it issued on behalf of LB Contracting.

26. Pursuant to their contractual obligations under the GIA, LB Contracting and Peggy Bryant are liable to ACIC for the full amount of the losses, costs and expenses incurred.

27. ACIC's losses are liquidated and a sum certain, entitling it to prejudgment interest on all such amounts.

28. ACIC has also incurred and will continue to incur losses in the form of attorneys' fees and costs.

29. The attorneys' fees and costs incurred are substantive damages as defined in the GIA.

WHEREFORE, ACIC requests the Court to enter Judgment in its favor and against Defendants, jointly and severally, for:

A. Claim payments made in the amount of $80,169.48;

B. Attorneys' fees incurred and to be incurred;

C. Prejudgment interest on all such amounts;

D. Costs of suit incurred herein;

E. Post judgment interest;

F. Fees and costs incurred in collecting on any judgment;

G. Any other relief the Court deems appropriate

5967225v1(63074.8)

Dated this 2nd day of March, 2018.

                        JENNINGS, STROUSS & SALMON, P.L.C.

                        By    /s/ Scott Frerichs
                              Scott F. Frerichs
                              One East Washington Street, Ste. 1900
                              Phoenix, Arizona  85004-2554
                              *Attorneys for Plaintiff*

5967225v1(63074.8)