WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Contractors Indemnity Company, | No. CV-18-08044-PCT-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| LB Contracting LLC, et al., | |
| Defendants. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003).

In this case, the complaint fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332; *Johnson v. Columbia Properties Anchorage, L.P.,* 437 F.3d 894, 899 (9th Cir. 2006) (discussing the citizenship of a limited liability company); *Hertz Corp. v. Friend*, 559 U.S. 77, 80, 92-93 (2010) (discussing the citizenship of a corporation). Accordingly,

**IT IS ORDERED** that by April 6, 2018, Plaintiff shall file a supplement to the complaint properly alleging the citizenship of the corporation and the limited liability company or this case will be dismissed, without prejudice, for lack of federal subject matter jurisdiction.

Dated this 27th day of March, 2018.

James A. Teilborg
Senior United States District Judge