**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Contractors Indemnity Company,<br><br>Plaintiff,<br><br>v.<br><br>LB Contracting LLC, Peggy Bryant,<br><br>Defendants. | No. CV-18-08044-PCT-JAT<br><br>**ORDER** |

Pending before the Court is Plaintiff's motion for default judgment.[1] The Clerk of the Court entered default against both Defendants on April 27, 2018.

The Court has discretion in whether to enter default judgment. The court should consider a variety of factors in exercising its discretion. *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). Among the factors that may be considered are:

> (1) the possibility of prejudice to the plaintiff; (2) the merits of plaintiff's substantive claim; (3) the sufficiency of the complaint, (4) the sum of money at stake in the action; (5) the possibility of a dispute concerning material facts; (6) whether the default was due to excusable neglect; and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits.

*Eitel*, 782 F.2d at 1471-72 (citation omitted).[2]

The Court finds that, other than factor 7, all factors weigh in favor of entering default. Accordingly, the motion will be granted.

Plaintiff seeks the following damages:

---

[1] Although Plaintiff claims the judgment sought is a sum certain, Plaintiff also seeks attorney's fees.
[2] Plaintiff did not address any of these factors in its motion.

1. The principal amount of $80,169.48 paid by ACIC pursuant to the payment bonds;

2. The sum of $6,440 incurred by ACIC in attorneys' fees;

3. The sum of $589.00 in taxable costs;

3. Prejudgment interest of $22,494.48 through October 5, 2018.

(Doc. 51-2 at 1).

Unless, "the amount claimed is liquidated or capable of ascertainment from definite figures," the Court generally should hold a hearing to determine the proper amount of damages. *Dundee Cement Co. v. Howard Pipe & Concrete Prods., Inc.*, 722 F.2d 1319, 1323 (7th Cir. 1983); *see* Fed. R. Civ. P. 55(b)(2). Here, the Court finds that each of these amounts, other than attorney's fees, is for a sum certain. Further, the attorney's fees were established by the evidence submitted with the motion. *See* (Doc. 15-1 at 2-9). Therefore, all of these amounts will be awarded.

Based on the foregoing,

**IT IS ORDERED** that the motion for default judgment (Doc. 15) is granted. The Clerk of the Court shall enter judgment in favor of Plaintiff and against all Defendants jointly and severally (but not as to any community property of Peggy Bryant), in the amount of $109,692.96 plus post-judgment interest at the applicable federal rate.

Dated this 19th day of October, 2018.

_____
James A. Teilborg
Senior United States District Judge